IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>$280,135.00 IN U.S. CURRENCY,<br><br>    Defendant | CIVIL NO. 09-1332 (JP) |

**FINAL JUDGMENT**

    Before the Court is Plaintiff United States of America's ("USA") motion for entry of default judgment of forfeiture (**No. 17**). For the reasons stated herein, Plaintiff's motion is **GRANTED.**

    On April 8, 2009, Plaintiff USA filed a verified complaint for forfeiture *in rem* against $280,135.00 in U.S. currency. Notice was caused to be posted on May 30, 2009, in an official government internet site, allowing any person having a claim in the above-mentioned Defendant property to state the same before the Court. No claimants came forward to stake a claim for the currency.

    Plaintiff USA has moved for a default decree of forfeiture because no claim has been filed within the time allotted by Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions. The Court has reviewed the record and has concluded that any claims filed today or in the future are time-barred.

CIVIL NO. 09-1332 (JP)          -2-

Accordingly, the Court **ENTERS JUDGMENT IN FAVOR OF PLAINTIFF** in the amount of **TWO HUNDRED EIGHTY THOUSAND, ONE HUNDRED THIRTY FIVE DOLLARS ($280,135.00)** in U.S. currency. The Defendant property shall be disposed of according to law by the United States Marshals Service.

The Clerk of the Court shall issue copies of this Default Judgment to counsel of record, Miguel A. Fernández, Assistant United States Attorney, Chief of the Civil Division and Asset Forfeiture and Money Laundering Unit, and the United States Marshals Service.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 13th day of October, 2009.

                                              s/Jaime Pieras, Jr.
                                                JAIME PIERAS, JR.
                                      U.S. SENIOR DISTRICT JUDGE